IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Steele, Bobbie Ann | Case Number: 03 B 52009 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/22/08 | Filed: 12/30/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 13, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,401.03 | |
| Secured: | | 5,342.77 |
| Unsecured: | | 3,252.60 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 605.32 |
| Other Funds: | | 0.34 |
| Totals: | 11,401.03 | 11,401.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | American Airlines Credit Union | Secured | 5,342.77 | 5,342.77 |
| 3. | Illinois Dept Of Public Aid | Unsecured | 523.00 | 523.00 |
| 4. | American Airlines Credit Union | Unsecured | 2,729.60 | 2,729.60 |
| 5. | American Airlines Emp Fed CU | Secured | | No Claim Filed |
| 6. | AT&T | Unsecured | | No Claim Filed |
| 7. | American Airlines Emp Fed CU | Unsecured | | No Claim Filed |
| 8. | Charter One Bank | Unsecured | | No Claim Filed |
| 9. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 10. | Household Bank FSB | Unsecured | | No Claim Filed |
| 11. | Park Dansan | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 10,795.37 | $ 10,795.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 79.32 |
| 4% | 44.15 |
| 6.5% | 133.12 |
| 3% | 22.97 |
| 5.5% | 130.90 |
| 5% | 39.75 |
| 4.8% | 76.32 |
| 5.4% | 78.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Steele, Bobbie Ann | Case Number:  03 B 52009 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  12/30/03 |

$$\underline{\phantom{xxxxxxxx}}$$
$ 605.32

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

